JAP:JPM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

KENIEL AEON THOMAS,
   also known as "David Morgan,

             Defendant.

- - - - - - - - - - -X

**17M1085**

AFFIDAVIT IN
SUPPORT OF
REMOVAL TO
THE DISTRICT
OF COLUMBIA

(Fed. R. Crim. P. 5)

No. 17-M-

EASTERN DISTRICT OF NEW YORK, SS:

      MICHAEL SAVONA, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      On or about July 21, 2014, an arrest warrant was issued by the United States District Court for the District of Columbia commanding the arrest of defendant KENIEL AEON THOMAS, also known as "David Morgan," for Interstate Communication with the Intent to Extort, in violation of Title 18, United States Code, Section 875(b).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    On July 21, 2014, the United States District Court for the District of Columbia issued an arrest warrant for the defendant KENIEL AEON THOMAS based upon a

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

criminal complaint and affidavit in support thereof for Interstate Communication with the Intent to Extort, in violation of Title 18, United States Code, Section 875(b). A copy of the arrest warrant, criminal complaint, and affidavit in support thereof are attached hereto as Exhibit A.

2. On or about December 18, 2017, FBI agents received information from the Department of Homeland Security that the defendant KENIEL AEON THOMAS was scheduled to travel from Jamaica to the John F. Kennedy International Airport ("JFK Airport") in Queens, New York. The defendant was scheduled to travel aboard Delta flight number 718. The individual traveling on the flight utilized the same name "Keniel Thomas" and had the same pedigree information as the individual wanted in the District of Columbia.

3. On or about December 18, 2017, CBP officers checked identification documents for individuals who exited Delta flight number 718. During the review, CBP officers identified the defendant KENIEL AEON THOMAS as the person who was in possession of a passport bearing the name "Keniel Aeon Thomas." FBI agents further identified that the defendant, who presented that passport, had an appearance which also matched a photograph of the "Keniel Aeon Thomas" wanted in the District of Columbia.

4. Following the arrest, the defendant KENIEL AEON THOMAS identified himself as "Keniel Thomas" during an interview with FBI agents. Among other things, FBI agents also recovered a checkbook from the defendant with a telephone number that matched the telephone number listed in the underlying complaint and affidavit.

5. Furthermore, I received from law enforcement agents investigating the underlying case a photograph of "Keniel Aeon Thomas" as charged in the District of Columbia and compared that photograph to the defendant KENIEL AEON THOMAS.

Based on my comparison, I believe the defendant is the same person as seen in the photograph.

WHEREFORE, your deponent respectfully requests that the defendant KENIEL AEON THOMAS, also known as "David Morgan," be removed to the United States District Court for the District of Columbia so that he may be dealt with according to law.

_____
MICHAEL SAVONA
Special Agent, Federal Bureau of Investigation

Sworn to before me this
19th day of December, 2017

s/Gold

_____
THE HONOR
UNITED STA
EASTERN DI